[Nos. 10636–8–I; 15298–0–I. Division One. July 30, 1986.]

PATRICK L. GOODFELLOW, ET AL, *Respondents,* v. B. C. HAWK, ET AL, *Defendants,* GARY W. WARD, ET AL, *Appellants.*

B. C. HAWK, *Plaintiff,* GARY W. WARD, *Appellant,* v. PATRICK L. GOODFELLOW, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 81–2–07126–1, James D. McCutcheon, Jr., J., entered August 24, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Swanson, J.

[No. 14490–1–I. Division One. July 30, 1986.]

ROBERT W. KELLEY, ET AL, *Respondents,* v. KITSAP COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–06629–0, Warren Chan, J., entered February 15, 1984. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Grosse, JJ.

[No. 15335–8–I. Division One. July 30, 1986.]

PRECISION ENGINE SPECIALISTS, INC., *Appellant,* v. EMERSON ELECTRIC CO., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–10580–7, James D. McCutcheon, Jr., J., entered August 21, 1984. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Swanson, J.